| | | | |
|---|---|---|---|
| Valincius v. Weiner [57] | 03/01/2016 6649 MAL (2015) | Denied | No. 3539 EDA 2013 |
| Venosh v. Henzes; Blue Cross of Northeastern Pennsylvania, In re [58] | 03/01/2016 6683 MAL (2015) | Denied | Pa.Super., 121 A.3d 1016 |
| Wittmaier, In re Estate of [59] | 02/23/2016 6679 MAL (2015) | Denied | Pa.Super., 131 A.3d 81 |
| Zelinsky, In re [60] | 02/24/2016 6808 MAL (2015) | Denied | Pa.Super., 133 A.3d 82 |

| | | | |
|---|---|---|---|
| Cicchiello v. Department of Corrections [61] | 02/23/2016 674 MAL (2015) | Denied | No. 83 CD 2015 |
| Dusman v. Board of Directors of Chambersburg Area School Dist. [62] | 03/01/2016 665, 666 MAL (2015) | Denied | Pa.Cmwlth., 123 A.3d 354 |
| Ferron v. Com. Bd. of Probation and Parole [63] | 02/24/2016 618 EAL (2015) | Denied | No. 1523 CD 2015 |

57. Justices EAKIN and WECHT did not participate in the decision of this matter.
58. Justices EAKIN and DONOHUE did not participate in the decision of this matter.
59. Justice EAKIN did not participate in the decision of this matter.
60. Justice EAKIN did not participate in the decision of this matter; Justice DONOHUE did not participate in the consideration or decision of this matter.
61. Justice EAKIN did not participate in the consideration or decision of this matter.
62. Justice EAKIN did not participate in the decision of this matter.
63. Justice EAKIN did not participate in the decision of this matter.